# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DERRICK L. JOHNSON-BEY
ADC #110079                                                              PETITIONER

v.                                      No. 5:19-cv-150-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction;  and
DOES, Unknown Officers and Officials            RESPONDENTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, № 4, and overrules Johnson-Bey's objections, № 5–8. FED. R. CIV. P. 72(b)(3).  Johnson-Bey's petition will be dismissed with prejudice.  The motion for leave to proceed *in forma pauperis*, № 1, is denied as moot.  No certificate of appealability will issue.  28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_16  August  2019_