IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK L. JOHNSON-BEY
ADC #110079                                                    PETITIONER

v.                      No. 5:19-cv-150-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; and
DOES, Unknown Officers and Officials              RESPONDENTS

## JUDGMENT

Johnson-Bey's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2019